UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                         CIVIL ACTION NO.: 11-14318

BRIAN C. ADAMS                                              HONORABLE: GEORGE CARAM STEEH

        Defendant.
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant Brian C. Adams cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a.     First class mail to 16608 Lenore, Detroit, MI 48219

    b.     Certified Mail, Return Receipt Requested.

    c.     Tacking or firmly affixing to the door at 16608 Lenore, Detroit, MI 48219.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

                                              s/George Caram Steeh
                                          United States District Judge

Dated:  December 21, 2011